AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RODNEY JARROD DENSON,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 322-098

(Formerly CR 320-001)

UNITED STATES OF AMERICA,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated May 1, 2023, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Respondent's motion to dismiss is granted, and the motion filed pursuant to 28 U.S.C. § 2255 is dismissed. Additionally, Petitioner is denied a COA in this case, and he is not entitled to appeal in forma pauperis. Judgment is hereby entered in favor of the Respondent, and this civil action stands closed.



May 1, 2023

Date

John E. Triplett, Clerk of Court

Clerk

(By) Deputy Clerk